UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 17 PM 10: 32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Andres MONDREGON-Gaylindres,<br><br>　　　　　　Defendant | Magistrate Docket No. **07 MJ 2241**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **September 16, 2007** within the Southern District of California, defendant, **Andres MONDREGON-Gaylindres,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **SEPTEMBER 2007.**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Andres MONDREGON-Gaylindres**

## PROBABLE CAUSE STATEMENT

On September 16, 2007, at approximately 2:10 a.m., Supervisory Border Patrol Agent A. Flores was performing patrol duties in an area known as the "Whiskey 15" in the Imperial Beach Border Patrol Station Area of Operations. This area is approximately 5 miles west of the San Ysidro Port of Entry and approximately a half-mile north of the International Boundary between the United States and Mexico. This area is known for the presence of undocumented aliens trying to further their illegal entry into the United States.

At approximately 2:15 a.m., Agent Flores received a call from Border Patrol Agent D. Spear via his service issued radio that he observed an individual north on the beach. Agent Flores responded to the area of "Whiskey 15" and the "Horse Trail". At approximately, 2:30 am, upon his arrival to the area he attempted to approach the individual. As Agent Flores approached the subject, the subject ran into the ocean and SBPA Flores followed. At approximately 2:40 am, Agent Flores approached him and assisted him onto dry land. SBPA Flores then identified himself as a United States Border Patrol Agent and performed an immigration inspection in both the Spanish and English languages. The individual later identified as the defendant **Andres MONDREGON-Gaylindres** freely admitted to being a citizen and national of Mexico and did not posses any immigration documents that would allow him to enter or remain in the United States legally. The defendant was arrested and transported to the Imperial Beach Border Patrol Station for further processing.

Rou tine record checks revealed that the defendant has a criminal and immigration record. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 23, 2005** through the Paso Del Norte Port of Entry, **El Paso, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico and that he was present in the United States without being in possession of any immigration documents that would allow him to enter or remain this country.