AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ANDRES MONDREGON-GAYLINDRES | |
| | CASE NUMBER: 07cr2864-JLS |

I, <u>ANDRES MONDREGON-GAYLINDRES</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on October 16, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Andrés Mondragón Galindrez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER